IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Case No. 06-cr-00244-WYD-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.    TORRENCE JAMES,

    Defendant.

---

## ORDER GRANTING APPLICATION FOR A
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM
( Docket no 597 )

---

THIS MATTER comes before the Court on the Defendant's Application for a Writ of Habeas Corpus ad Prosequendum filed April 29, 2010. The Court grants the Application.

**IT IS ORDERED** that the Clerk issue the **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** attached to this Order.

Dated this 29th day of April 2010.

**BY THE COURT:**

_/s/ Michael J. Watanabe_
Magistrate Judge Michael J. Watanabe