UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  TORRENCE JAMES

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The parties shall meet and confer and file a status report on or before **Monday, September 20, 2010.**

    Dated:  September 15, 2010