UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00244-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7. TORRENCE JAMES,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the numerous documents recently filed by the parties and by Probation, the sentencing hearing currently set for Friday, April 1, 2011 is **VACATED**.  The sentencing hearing is **RESET** for **Monday, May 9, 2011 at 3:30 P.M.**

    Dated:  March 22, 2011