IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01234-WYD
Criminal Action No.   06-cr-00244-WYD-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7. TORRENCE JAMES,

      Defendant.

---

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on June 1, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that Mr. James' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 743) is DENIED and the instant civil action is **DISMISSED.**  It is further

ORDERED that no certificate of appealability will issue because Mr. James has not made a substantial showing of the denial of a constitutional right or a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.  It is further

DATED at Denver, Colorado this 2nd day of June, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*/s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk